## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 3:17-324 |
| FAIZAL BHIMANI, OM SRI SAI, INC., NAZIM HASSAM, and POCONO PLAZA INN f/k/a QUALITY INN, | : : | (JUDGE MANNION) |
| Defendants | : | |

# SPECIAL VERDICT FORM

**COURT EXHIBIT #3**

**WE, THE JURY, return the following Special Verdict as to defendant OM SRI SAI, INC.'s interests in the following property alleged in Counts1, 3 and 4, of the indictment to be subject to forfeiture by the defendant OM SRI SAI, INC., to the United States, and MAKE THE FOLLOWING UNANIMOUS FINDINGS BY A PREPONDERANCE OF THE EVIDENCE:**

All property, tangible and intangible, owned by OM SRI SAI, INC., including:

Real property located at 1779 North 9th Street, Bartonsville, PA 18321 consisting of the following parcel numbers 17/17/1/62-2 (a/k/a PIN 17638100428846), 17/17/1/62-1 (a/k/a PIN 17638100429707), 17/17/1/11-1 (a/k/a PIN 17638100438111), 17/17/1/61-2 (a/k/a PIN 17638100521795), 17/17/1/61-1 (a/k/a PIN 17638100523561), and 17/17/1/62 (a/k/a PIN 17638100531001), owner of record OM SRI SAI, INC.

Is property used or intended to be used by defendant OM SRI SAI, INC., to facilitate the commission of the sex trafficking by force or coercion offense charged in Count 1:

YES _____✓_____     NO _____

Is property used or intended to be used by the defendant OM SRI SAI, INC., to facilitate the drug trafficking offense charged in Count 3:

YES ____✓____        NO _____

Is property used or intended to be used by defendant OM SRI SAI, INC., to facilitate the managing of a drug premises offense charged in Count 4:

YES ____✓____        NO _____

The foregoing is the unanimous special verdict of the jury in the above-captioned case of UNITED STATES OF AMERICA v. FAIZAL BHIMANI, OM SRI SAI, INC., NAZIM HASSAM, and POCONO PLAZA INN f/k/a QUALITY INN.

Date: 10/23/2020

_____
JURY FOREPERSON

Please have the foreperson sign and date this special verdict form, place it in the envelope provided, and inform the courtroom security officer that you have a verdict.

- 4 -