UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:17-CR-324-2 |
| | ) | |
| v. | ) | (JUDGE MANNION) |
| | ) | |
| OM SRI SAI, INC., | ) | |
| | ) | |
| Defendant. | ) | (Electronically Filed) |

## ORDER FOR FORFEITURE OF SUBSTITUTE ASSET

AND NOW, this __12th__ day of ___May___, 2022, upon

consideration of the Government's Joint Motion pursuant to Fed. R.

Crim. P. 32.2(e)(1) and Title 21 U.S.C. § 853(p) requesting the Court to

enter an Order authorizing the forfeiture of a substitute asset in lieu of

the defendant's property, tangible and intangible, as set forth in the

Preliminary Order of Forfeiture, the Court concludes that cause exists

to grant the motion, and therefore, it is hereby ORDERED that:

1. The Joint Motion of the United States of America and Om Sri

   Sai, Inc., for Forfeiture of a Substitute Asset, to wit,

   $2,000,000.00 in United States currency, is GRANTED;

2. The defendant will, forthwith, transfer or cause to be

   transferred the substitute asset of $2,000,000.00 in U.S.

currency to the United States Marshals Service Seized Asset Deposit Fund;

3.  Upon receipt of the substitute property by the United States Marshals Service, the Restraining Order (Doc. 20) against the defendant and the defendant's property will immediately be deemed as lifted and having no further effect;

4.  Upon receipt of the substitute property by the United States Marshals Service, the Government will immediately release the Lis Pendens currently encumbering the real property in Monroe County, Pennsylvania.

_____
MALACHY E. MANNION
UNITED STATES DISTRICT JUDGE